ACCEPTED
15-25-00039-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 3:16 PM
CHRISTOPHER A. PRINE
CLERK



# KEN PAXTON
### ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 3:16:10 PM
CHRISTOPHER A. PRINE
Clerk

July 24, 2025

Mr. Christoper A. Prine                                    *via E-Filing*
Clerk of the Court
Fifteenth Court of Appeals
P. O. Box 12852
Austin, TX 78711

   Re: Court of Appeals Numbers: 15-25-00023-CV, 15-25-00031-CV, 15-25-00032-CV, 15-25-00039-CV

   Style: *Nonparty Patients 1–11 v. State; In re State of Texas; In re State of Texas; Nonparty Patients 1–11 v. State.*

To the Fifteenth Court of Appeals:

  The State writes this letter to inform the Court of a recent ruling in a related case that is relevant to this appeal. In addition to the various hospital records subpoena challenges that form the basis of the above-captioned appeal and mandamuses, Non-party Patients have challenged various pharmacy records subpoenas in courts around the state. *See, e.g.*, *Nonparty Patient No. 1-6 v. Texas*, Cause No. DC-25-07984, 193rd Judicial District Court, Dallas County; *Nonparty Patient No. 1-5 v. Texas*, Cause No. D-1-GN-25-003646, 261st Judicial District Court, Travis County; *Nonparty Patient No. 1 v. Texas*, Cause No. 25CI11287, 285th Judicial District Court, Bexar County; *Nonparty Patient No. 1-2 v. Texas*, Cause No. DC-25-07810, 95th Judicial District Court, Dallas County; *Nonparty Patient No. 1-6 v. Texas*, Cause No. D-1-GN-25-003645, 250th Judicial District Court, Travis County. In each, the State filed a Plea in Abatement based on the same arguments it made on appeal before this Court.

  On July 19, 2025, Judge Cory R. Liu of the 250th Judicial District in Travis County granted the State's Plea in Abatement in cause number D-1-GN-003645. *See* Ex. A. The court ordered that the subpoena challenge in Travis County was thus "ABATED pending resolution of the suit in the 493rd District Court in Collin County." *Id.*[1] On July 23, 2025, the court denied Non-party

---

[1] This particular challenge involved pharmacy records for patients of Dr. Lau. While the order abated the subpoena challenge pending resolution of the State's case against Dr. Cooper, this was in error; the State later

Patients' motion for reconsideration and removed all related hearings from its calendar in light of the abatement. To date, no other district court has ruled on either the State's pleas in abatement or Non-party Patients' motions for protection in any of the other pending matters.

The State notes that this ruling is further evidence of the viability of the doctrine of dominant jurisdiction in the context of 176.6(e) challenges, particularly when one litigation spawns multiple challenges to the same or near-identical subpoenas in different courts around the State.

Sincerely,

*/s/ Abigail E. Smith*
Abigail E. Smith
Assistant Attorney General
Consumer Protection Division
Phone: (214) 290-8830
Abby.Smith@oag.texas.gov

cc:     William M. Logan, *via e-service*
        Jervonne D. Newsome, *via e-service*
        Evan D. Lewis, *via e-service*
        Thanh D. Nguyen, *via e-service*
        Olivia A. Wogon, *via e-service*
        Jonathan Hung, *via e-service*
        Hollie M. Albin, *via e-service*
        David Phillips, *via e-service*

---

clarified with the Court that the abatement would be in place pending resolution of the State's case against Dr. Lau.

Exhibit A

**Cause No. D-1-GN-25-003645**

| | |
|---|---|
| Nonparty Patient No. 1,<br>Nonparty Patient No. 2,<br>Nonparty Patient No. 3,<br>Nonparty Patient No. 4,<br>Nonparty Patient No. 5, and<br>Nonparty Patient No. 6,<br><br>                Petitioners-Movants,<br><br>    vs.<br><br>The State of Texas,<br><br>                Respondent. | IN THE DISTRICT COURT OF<br><br>TRAVIS COUNTY, TEXAS<br><br>250th JUDICIAL DISTRICT |

## <u>ORDER</u>

The State of Texas's Plea in Abatement is hereby GRANTED. This matter is ABATED pending resolution of the suit in the 493rd District Court in Collin County, *State of Texas v. Cooper*, Case No. 493-08026-2024.

Signed July 19, 2025.

_____
Judge Cory R. Liu

Exhibit B

**Cause No. D-1-GN-25-003645**

| | |
|---|---|
| Nonparty Patient No. 1,<br>Nonparty Patient No. 2,<br>Nonparty Patient No. 3,<br>Nonparty Patient No. 4,<br>Nonparty Patient No. 5, and<br>Nonparty Patient No. 6,<br><br>　　　　　　Petitioners-Movants,<br><br>　vs.<br><br>The State of Texas,<br><br>　　　　　　Respondent. | IN THE DISTRICT COURT OF<br><br>TRAVIS COUNTY, TEXAS<br><br>250th JUDICIAL DISTRICT |

## AMENDED AND CLARIFYING ORDER  DENYING RECONSIDERATION

The motion for reconsideration filed on July 21, 2025, is DENIED. Because this case has been abated, the hearings set on July 29, 2025, are hereby removed from the Court's calendar.

Signed July 23, 2025.

_____

Judge Cory R. Liu

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 103557236
Filing Code Description: Letter
Filing Description: 20250724 Ltr to Ct re PIA Ruling w Exs
Status as of 7/24/2025 3:35 PM CST

Associated Case Party: Nonparty Patients Nos. 1-11

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Logan | 24106214 | wlogan@winston.com | 7/24/2025 3:16:10 PM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 7/24/2025 3:16:10 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 7/24/2025 3:16:10 PM | SENT |
| Jonathan Hung | 24143033 | johung@winston.com | 7/24/2025 3:16:10 PM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 7/24/2025 3:16:10 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 7/24/2025 3:16:10 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |
| Houston Docketing | | ecf_houston@winston.com | 7/24/2025 3:16:10 PM | SENT |
| David Phillips | | dphillips@winston.com | 7/24/2025 3:16:10 PM | SENT |
| Hollie Albin | | hmalbin@winston.com | 7/24/2025 3:16:10 PM | SENT |
| Sarah McGrath | | smcgrath@winston.com | 7/24/2025 3:16:10 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |

Associated Case Party: UT Southwetern Medical Center ("UTSW")

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Martin Cohick | 24134042 | martin.cohick@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |
| Patrick Todd | | patrick.todd@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |

Associated Case Party: State of Texas

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 103557236
Filing Code Description: Letter
Filing Description: 20250724 Ltr to Ct re PIA Ruling w Exs
Status as of 7/24/2025 3:35 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |
| Jacob Przada | | Jacob.Przada@oag.texas.gov | 7/24/2025 3:16:10 PM | SENT |

Associated Case Party: Hon. Monica Purdy

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Karin Alonzo | | kalonzo@dallascourts.org | 7/24/2025 3:16:10 PM | SENT |